AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

<u>__SOUTHERN__</u>   __DISTRICT OF__   __TEXAS__
__McALLEN DIVISION__

UNITED STATES OF AMERICA

v.

**Edgar Ivan Chavarria**

| | YOB: | 2003 | COB: | United States |

## CRIMINAL COMPLAINT

Case Number:

M-22- **2187** -M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about __November 15, 2022__ in __Starr__ County, in the

__Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Lucia Guadalupe Silva-Tovar and Nieves Reyes-Tadeo, citizens and nationals of Mexico, for a total of two (2) who had entered the United States in violation of law, did knowingly transport, or move or attempted to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Roma, Texas to the point of arrest near Roma, Texas,**

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii)   FELONY__

I further state that I am a <u>**U.S. Border Patrol Agent**</u> and that this complaint is based on the following facts:

On November 15, 2022, a Border Patrol Agent (BPA) Camara Operator observed a raft crossing the Rio Grande River, near Roma, Texas, with a several subjects aboard and relayed his observations to nearby Agents. This area is consistently exploited by smugglers due to its proximity to the river and U.S. Highway 83, in Roma, Texas. The Camara Operator also observed the subjects boarding a white single cab Ford F-150 and drive north away from the Rio Grande River. An Agent responded and observed the Ford F-150 driving north towards his direction and make a sudden right turn towards a residential area. As the Agent was arriving at the residence, residents waved at the Agent and directed him towards the F-150 that had just collided with a house. The Agent observed a male subject wearing a red shirt, exit the driver side door and attempt to abscond, but was immediately apprehended. Upon apprehension, the Agent noticed a neck tattoo displaying "HaHaHa", clearly visible on the subject. Two (2) passengers remained in the F-150. The two (2) passengers were questioned and freely admitted being illegally present in the United States. The driver identified as Edgar Ivan Chavarria and the two (2) undocumented aliens were placed under arrest and transported to the Rio Grande City Border Patrol Station for processing.

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Complaint authorized by AUSA P. Warner

**Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:**

November 16, 2022   - 2:19 pm
Date

Juan F. Alanis   , U. S. Magistrate Judge
Name and Title of Judicial Officer

/s/ Christian Salmon
Signature of Complainant

Christian Salmon          Border Patrol Agent
Printed Name of Complainant

at   McAllen, Texas
City and State

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

## ATTACHMENT TO CRIMINAL COMPLAINT:

M-22- 2187 -M

RE:    Edgar Ivan Chavarria

CONTINUATION:

**PRINCIPAL SWORN STATEMENT:**
Edgar Ivan Chavarria, a United States citizen, was read his Miranda Rights and was willing to provide a statement.

Chavarria claimed he was cutting the yard near the river, even though that was not his property, and he does not know who the owner is. Chavarria mentioned that after being there for thirty (30) minutes, he went back to his Ford pickup truck and departed the area with two (2) ladies that he just met. Chavarria stated the Ford pickup truck belongs to an unknown friend. He also explained when he was driving north, he saw a Border Patrol vehicle driving towards him and made a sudden turn and crashed into a house.

**MATERIAL WITNESS 1 STATEMENT:**
Lucia Guadalupe Silva-Tovar, a citizen and national of Mexico, was read her Miranda Rights. She understood and agreed to provide a statement.

Silva indicated currently living in Miguel Aleman, Tamaulipas, Mexico, and mentioned she came to the United States to see an uncle who recently passed away in Edinburg, Texas. Silva explained she made her own smuggling arrangements and was told to pay once in the United States. Silva mentioned she crossed the Rio Grande River using a raft with another old lady. Once in the United States, a pick-up truck with the door open was waiting for them. Silva explained she sat in the middle and the older lady sat in the right passenger seat. A male driver that looked around twenty (20) years old with a tattoo on the neck that read "HaHaHa" drove off at a high rate of speed until crashing into a house. After crashing into the house, the driver exited the truck and ran without giving them any instructions.

**MATERIAL WITNESS 2 STATEMENT:**
Nieves Reyes-Tadeo, a citizen and national of Mexico, was read her Miranda Rights. She understood and agreed provide a statement.

Reyes indicated she made her own smuggling arrangements and agreed to pay $10,000. Reyes stated she crossed the Rio Grande River with another female. Reyes claims she was told that a young male will be waiting for them to pick them up. Once in the United States, a male subject driving a white truck told them to get inside. She also explained that after driving off the vehicle jumped or slipped in some rocks and crashed. Reyes described the driver as a thin male, approximately between seventeen (17) or eighteen (18) years old, wearing a red shirt.